IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JETAIRE AEROSPACE, LLC, *et al.*, | : | |
| Plaintiffs, | : | |
| v. | : | CIVIL ACTION NO. 1:16-cv-02970-LMM |
| AERSALE, INC., | : | |
| Defendant. | : | |

## ORDER

This case comes before the Court on Defendant Aersale, Inc's Motion for Order to Show Cause Dkt. No. [136]. The Court **ORDERS** the parties to appear for a hearing on **Monday, July 17, 2023 at 1:30 PM**, in Courtroom 2107 in the Richard B. Russell Federal Building, 75 Ted Turner Dr. SW, Atlanta, GA 30303. In addition to counsel of record, it is further **ORDERED** that Plaintiff's former counsel, N. Andrew Crain of Thomas Horstemeyer LLP, also attend the hearing.

**IT IS SO ORDERED** this 27th day of June, 2023.

_____
**Leigh Martin May**
**United States District Judge**