# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:16-cv-02970-LMM
## JetAire Aerospace, LLC et al v. AerSale, Inc.
## Honorable Leigh Martin May

Minute Sheet for proceedings held In Open Court on 09/08/2023.

TIME COURT COMMENCED: 8:59 A.M.
TIME COURT CONCLUDED: 9:41 A.M.
TIME IN COURT: 00:42
OFFICE LOCATION: Atlanta

COURT REPORTER: Montrell Vann
CSO/DUSM: 1 CSO
DEPUTY CLERK: Brittany Poley

**ATTORNEY(S) PRESENT:**
Charles Landrum representing Thomas Horstemeyer LLP
Charles Landrum representing N. Andrew Crain
James McDonough representing JetAire Aerospace, LLC
James McDonough representing JetAire Flight Systems, LLC
James McDonough representing Michael D. Williams
Shawn Rafferty representing AerSale, Inc.
Valerie Sanders representing AerSale, Inc.

**OTHER(S) PRESENT:**
N. Andrew Crain
Jonathan Hardt

**PROCEEDING CATEGORY:** Motion Hearing (Other Proceeding Non-evidentiary)

**MOTIONS RULED ON:**
[136] Motion for Order to Show Cause DENIED AS MOOT
[143] Motion to Strike Reply DENIED AS MOOT
[143] Motion for Leave to File Surreply DENIED AS MOOT

**MINUTE TEXT:** Counsel agreed that the parties in the FL action shall have access to the confidential materials and be bound by this Court's protective order and will provide a certification. Movant AerSale, Inc. will draft a proposed order and send to Plaintiffs' counsel. The parties shall have 21 days from the date Plaintiffs' counsel receives the draft to provide the Court with the proposed order. The Court instructed Movant to file a motion for attorney's fees.

**HEARING STATUS:** Hearing Concluded