IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JETAIRE AEROSPACE, LLC and<br>JETAIRE FLIGHT SYSTEMS, LLC<br>    Plaintiffs/Counter-Defendants,<br><br>v.<br><br>AERSALE, INC.,<br>    Defendant/Counter-Plaintiff.| Case No. 1:16-cv-02970-LMM |
| AERSALE, INC.,<br>    Third-Party Plaintiff,<br><br>v.<br><br>MICHAEL D. WILLIAMS,<br>    Third-Party Defendant. | |

## CONSENT ORDER

With the consent of the parties, and for good cause shown, it is hereby ORDERED that:

Notwithstanding anything to the contrary in the Protective Order entered in this action on March 13, 2017 (the "Protective Order"), it shall not be considered a violation of the Protective Order for the Parties in the currently pending case involving the Parties (*Jetaire Aerospace LLC v AerSale, Inc.*, 1:20-cv-25144-DPG,

1

the "Florida Action") to access and use Confidential Material[1] produced in this action or the associated arbitration (whether such Confidential Material was produced by a Party or non-party, and whether such Confidential Material is, or is included in, documents or testimony) in the Florida Action.  Use of Confidential Material in the Florida Action shall be governed by the protections and provisions of the protective order governing the Florida Action.  For Confidential Material designated as "Confidential – Attorneys Eyes Only" in this case, such provisions of the protective order entered in the Florida Action that apply to materials designated "Highly Confidential Attorney's Eyes only" shall govern.

The Parties shall exchange a list of the following, to the extent currently in the possession of their current litigation counsel, to evaluate whether they possess the same scope of materials:

- Bates ranges or other discovery material produced in this action; and
- depositions transcripts or arbitration transcripts (identified by date and witness).

The Parties agree that the scope of use of any such Confidential Materials in the Florida Action shall be governed by the Southern District of Florida.

---

[1] Capitalized terms that are not defined in this Consent Order shall take on the meaning of that term as defined in the Protective Order.

The Parties agree that Confidential Materials provided to expert witnesses bearing "Confidential Information" or "Confidential Information – Attorneys' Eyes Only" prior to this modification of the Protective Order will be deemed to have been produced subject to the terms of the protective order in the Florida Action.

This <u>12th</u> day of September, 2023.

*[signature]*
LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE

*[Signatures continued on next page]*

49269244.1

CONSENTED TO:

*/s/ James F. McDonough, III*
James F. McDonough, III (GA 117088)
ROZIER HARDT MCDONOUGH PLLC
659 Auburn Avenue, Suite 254
Atlanta Georgia 30312
Telephone: (470) 480-9505
Email: jim@rhmtrial.com

*Attorney for JETAIRE AEROSPACE, LLC,
JETAIRE FLIGHT SYSTEMS, LLC, MICHAEL D.
WILLIAMS*


*/s/ Valerie S. Sanders*
Shawn Rafferty (GA 591662)
Valerie S. Sanders (GA 625819)
EVERSHEDS SUTHERLAND (US) LLP
999 Peachtree Street, NE, Ste. 2300
Atlanta, Georgia 30309
404.853.8000 (T)
404.853.8806 (F)
shawnrafferty@eversheds-sutherland.com
valeriesanders@eversheds-sutherland.com

*Attorneys for AERSALE, INC.*

4